**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **DEANNA HARVEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| **v.** | ) | **24-13110-FDS** |
| | ) | |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM AND ORDER**

**SAYLOR, J.**

This is an appeal from the denial of Social Security disability benefits. Plaintiff, proceeding *pro se*, contends that the Social Security Administration improperly denied her disability benefits that she sought as a result of certain physical and mental health issues. This court has jurisdiction under 42 U.S.C. § 405(g).

Plaintiff filed her complaint, accompanied by a motion to proceed *in forma pauperis*, on December 17, 2024. The Court granted plaintiff's motion to proceed *in forma pauperis* on February 12, 2025. Also on February 12, 2025, the Court entered a procedural order providing, in relevant part, that plaintiff's opening brief would be due 30 days after defendant filed the administrative record. (Dkt. No. 7). Defendant filed the administrative record on April 11, 2024. (Dkt. No. 10). Plaintiff has neither filed a brief nor taken any other action since that date.

Accordingly, within 21 days—that is, by January 19, 2026—plaintiff shall either file her opening brief, in the form prescribed by the court's procedural order of February 12, 2025, or show cause why this matter should not be dismissed for failure to prosecute.

**So Ordered.**

/s/  F. Dennis Saylor IV

F. Dennis Saylor IV

Dated:  December 29, 2025          United States District Judge